**Motion Granted; Appeal Dismissed and Memorandum Opinion filed September 17, 2015.**



In The

# Fourteenth Court of Appeals

### NO. 14-15-00107-CV

**HEWLETT-PACKARD COMPANY, Appellant**

**V.**

**CHRISTOPHER AINSWORTH AND DANIELLE AINSWORTH, Appellees**

**On Appeal from the 270th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-21132**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed November 19, 2014. On July 28, 2015, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted. Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Jamison and Busby.